# EXHIBIT A



# Internal Revenue Service
## DEPARTMENT OF THE TREASURY
e-services

This Product Contains Sensitive Taxpayer Data

Request Date: 03-30-2006
Response Date: 03-30-2006
IRS Employee Number: FL5CB
Tracking Number: 100005832986

## Account Transcript

FORM NUMBER: 1040        TAX PERIOD: Dec. 31, 1991

TAXPAYER IDENTIFICATION NUMBER: ███-9366

ERNEST ENAX JR

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 31,650.15 | |
| ACCRUED INTEREST: | 26,860.82 | AS OF: Apr. 10, 2006 |
| ACCRUED PENALTY: | 3,068.07 | AS OF: Apr. 10, 2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 61,579.04 | |
| ** EXEMPTIONS: | 01 | ** FILING STATUS: Single |
| ** ADJUSTED GROSS INCOME: | 77,128.00 | |
| ** TAXABLE INCOME: | 71,578.00 | |
| TAX PER RETURN: | 21,349.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Nov. 17, 1993
PROCESSING DATE: Dec. 27, 1993

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>08221-324-05342-3 | 19935008 | 12-27-1993 | $21,349.00 |
| 166 | LATE FILING PENALTY | 19935008 | 12-27-1993 | $4,803.53 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199012 | | 11-17-1993 | -$1,535.65 |

| | | | |
|---|---|---|---|
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 199012 | 12-27-1993 | -$4.04 |
| 276 | FAILURE TO PAY TAX PENALTY | 19935008 12-27-1993 | $2,233.96 |
| 196 | INTEREST ASSESSED | 19935008 12-27-1993 | $3,427.02 |
| 582 | FEDERAL TAX LIEN | 02-25-1994 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 03-21-1994 | $9.00 |
| 582 | FEDERAL TAX LIEN | 05-20-1994 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 06-13-1994 | $9.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-08-1994 | -$500.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-09-1994 | -$500.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-06-1994 | -$500.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 11-15-1994 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 11-15-1994 | $0.00 |
| 295 | PRIOR TAX ABATED<br>08254-738-91000-5 | 12-25-1995 | -$10,763.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>08247-436-00150-9 | 19990708 03-01-1999 | $0.00 |
| 421 | RENUMBERED RETURN<br>08247-436-00150-9 | 03-01-1999 | $0.00 |
| 336 | INTEREST ASSESSED | 19990708 03-01-1999 | $11,791.38 |
| 276 | FAILURE TO PAY TAX PENALTY | 19990708 03-01-1999 | $1,836.90 |
| 308 | QUICK ASSESSMENT<br>16251-032-13000-9 | 19990908 02-01-1999 | $10,763.00 |
| 190 | INTEREST ASSESSED | 19990908 02-01-1999 | $4,241.97 |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | 06-08-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | 11-26-2001 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 12-11-2001 | $0.00 |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | 09-05-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 09-05-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 01-22-2004 | $0.00 |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | 09-20-2004 | $0.00 |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | 11-19-2004 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>LEVY | 02-04-2005 | -$3,551.49 |
| 582 | FEDERAL TAX LIEN | 02-11-2005 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 03-07-2005 | $80.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 03-28-2005 | -$1,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>LEVY | 04-28-2005 | -$800.43 |
| 670 | SUBSEQUENT PAYMENT | 05-26-2005 | -$1,000.00 |

| | | | |
|---|---|---|---:|
| | LEVY | | |
| 670 | SUBSEQUENT PAYMENT | 06-27-2005 | -$1,000.00 |
| | LEVY | | |
| 670 | SUBSEQUENT PAYMENT | 08-03-2005 | -$1,000.00 |
| | LEVY | | |
| 582 | FEDERAL TAX LIEN | 08-26-2005 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 09-19-2005 | $180.00 |
| 670 | SUBSEQUENT PAYMENT | 09-02-2005 | -$1,000.00 |
| | LEVY | | |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | 09-19-2005 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | 12-14-2001 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | 10-05-2005 | -$1,000.00 |
| | LEVY | | |
| 670 | SUBSEQUENT PAYMENT | 11-02-2005 | -$1,000.00 |
| | LEVY | | |
| 582 | FEDERAL TAX LIEN | 12-02-2005 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 12-26-2005 | $80.00 |
| 670 | SUBSEQUENT PAYMENT | 12-02-2005 | -$1,000.00 |
| | LEVY | | |
| 290 | ADDITIONAL TAX ASSESSED | 20060408 02-06-2006 | $0.00 |
| | 07254-761-05549-5 | | |
| 670 | SUBSEQUENT PAYMENT | 01-04-2006 | -$1,000.00 |
| | LEVY | | |
| 670 | SUBSEQUENT PAYMENT | 01-27-2006 | -$1,000.00 |
| | LEVY | | |
| 670 | SUBSEQUENT PAYMENT | 03-02-2006 | -$1,000.00 |
| | LEVY | | |

```
This Product Contains Sensitive Taxpayer Data
```