# EXHIBIT B



May 1, 2006

Ernest Enax
6319 12th St N
St. Petersburg, Fl 33702
727 526 6745

Re: 124 30 9366, Tax Liens

Certified Mail No: 7005 3110 0004 2113 7249

Area Director
Attn: Compliance Technical Support Manager
9450 Koger Blvd.
St. Petersburg, Fl 33702

IRS RECEIVED
SB/SE - Compliance Field

MAY 02 2006

Area 3, Territory Maitland 1
St. Petersburg, FL

All Rights Reserves

Dear Sir:

Under Sec. 301.7433, I believe that Ms. Michele Quimby of the Internal Revenue Service at 9450 Koger Blvd., St. Petersburg, Florida 33702 is abusing her authority and misrepresenting the law.

Michele Quimby used her position with the Internal Revenue Service (hereafter referred to as IRS) to engage in fraud and extortion scheme against the Ernest Enax. Michele Quimby acted outside of her lawful authority and when Ernest Enax was confronted with her unlawful actions, Michele Quimby refused to respond to Ernest Enax, and consequently created *prima facie* evidence of wrongdoing of fraud and extortion. Defendant repeatedly used the anonymity of her agency to send threatening and harassing unsigned letters to Ernest Enax and tenant, in violation of 26 USC 7214 (See **EXHIBIT D**)

IRC 7214
 (a) unlawful acts of revenue officers or agents

Any officer or employee of the United States acting in connection with any revenue law of the United States -

(1) who is guilty of any extortion or willful oppression under color of law, or
(2) who knowingly demands other or greater sums than authorized by law...
(3) who with intent to defeat the application of any provision of this title fails to perform any of the duties of his office or employment.....
(7) who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return or statement....

 .... shall be dismissed from office or discharged from employment..."

*Independent School District #639, Vesta v. Independent School Didtrict #893,* Echo, 160 N.W. 2d, 686 (minn. 1968 ):

> *"To allow one to take official action simply oral approval to a letter which does not recite the action and which does not go out under one's name is to extend permissible delegation beyond reasonable bounds.: 160 NW 2d, at 689.*

I Ernest Enax seeks through this claim for damages against the Michele Quimby, in the amount of $1,000, 000.00, that is directly attributable to the unlawful actions of the Michele Quimby, consisting of damages to the Ernest Enax and his family members. $900,000.00 in punitive damages plus expenses of $8,500.00

Damages to Ernest Enax and his family are:
a) Pain,
b) suffering,
c) emotional distress,
d) anxiety,
e) seizure of property rights,
f) illegal seizure of wages/rents, property without statutory authority cited,
g) public humiliation,
h) encumbrance of property,
i) public defamation of character,
j) encumbrance on Ernest Enaxs' freedom of movement,
k) loss of consortium,
l) loss of sale of property
m) and extensive time and expense in dealing with Quimby and attempting to correspond and other such related difficulties.

Ernest Enax was ready to sell his property when Michele Quimby place illegal Notice of Levy, Notice

of Federal Tax Lien and Revocation of Certificate of Release of Federal Tax Lien on his

property. Ernest Enax informed Michele Quimby of the emotion, financial hardships and

encumbrance on their property and their property rights, by the existence of these liens on

his property title, and by the continual harassment by Quimby. (See **Exhibit B** ).

> *" The federal Constitution and laws passed within its authority are by the express terms of that instrument made the supreme law of the land, The Fourteenth Amendment protects life,*

*liberty, and property from invasion by the states without due process of law. Property is more than the mere thing which a person owns. It is elementary that it includes the right to acquire, use and dispose of it. The Constitution protects these essential attributes of property.*" Holden v. Hardy 169 U.S. 366. 391, 18 S. Sup. Ct. 383

"Property consists of the free use, enjoyment, and disposal of a person's acquisitions without control or diminution save by the law of the land. 1 Blackstone's Commentaries (Cooley's Ed) 127. "Buchanan v. Warley, 245 U.S. 60, 74

Ernest Enax is seeking damages, punitive damages, reimbursement for time and effort, costs and expenses, any attorney's fees that accrue.

The laws and court rulings that are clearly established in the Constitution, Internal Revenue Code and US Supreme Court rulings, and are in full force and effect now, and at the time of the grossly negligent actions and/or the fraud and extortion scheme by Michele Quimby and others.

In Re: Revocation of Certificate of Release of Federal Tax lien, Form 12474-A

| Serial # 590207841 | Issued by Agent: | Kimberly Quantas & Michele Quimby |
| Serial # 213660605 | Issued by Agent: | Kimberly Quantas |
| Serial # 149406784 | Issued by Agent: | C. Sherwood |
| Serial # 149401095 | Issued by Agent: | C. Sherwood |
| Serial # 149406783 | Issued by Agent: | C. Sherwood |
| Serial # 149403108 | Issued by Agent: | C. Sherwood |

In Re: Notice of Federal Tax Lien, Form 668 (Y) ©)

| Serial # 244796105 | Issued by Agent: Susan A. Hansen, for: Michele Quimby |
| Serial # 244998905 | Issued by Agent: Susan A. Hansen, for: Michele Quimby |
| Serial # 244999505 | Issued by Agent: Susan A. Hansen, for: Michele Quimby |

I am requesting a release of the above Notice of Federal Tax Liens ( NFTL ) that were put on my name and property which has caused me emotional, financial hardships, and the encumbrance on my property and my property rights, by the existence of an illegal NFTL on my property title. By the continual harassment by Michele Quimby and others. With this action, I believe instigated by Quimby, has involves others in a conspiracy and fraudulent actions against me.

The law is clear and precise: (26 U.S.C. 6325 (f)(2) ) _- Tres. Reg. 27 CFR 70.150:

**(2) Revocation of certificate of release or nonattachment**

If the Secretary determines that a certificate of release or nonattachment of a lien imposed by Section 6321 was issued erroneously or improvidently, or if a certificate of release of such lien was issued pursuant to a collateral agreement entered into in connection with comprise under Section 7122 which has been breached, **and if the period of limitation on collection after assessment has not expired,** the Secretary may revoke such certificate and reinstate the lien – [ emphasis added ]
Tres. Reg 27 CFR 70.150

As you will notice that ALL of the **Revocation of Certificate of Releases** have been filed in direct violation of this statue.

| Form 12474-A | Last Day for Re-filling of NFTL |
|---|---|
| Serial# 590207841 | 06/28/2005 |
|  | 05/03/2005 |
| Serial # 213660605 | 06/28/2005 |
|  | 05/03/2005 |
|  | Should be 10/25/2004 not N/A |
| Serial # 149406784 | 11/24/2004 |
| Serial # 149401095 | 01/26/2004 |
| Serial # 149406783 | 11/24/2004 |
| Serial # 149403108 | 01/26/2004 |

As it is presented here and evidenced by the attached copies of the Revocation of Certificate of Release of Federal Tax Lien, it is clear that the IRS has failed to Re-file the Notice of Federal Tax Lien and the Revocation **WITHIN** the Statute of Limitations requirement under law.

As you are well aware of, The Statute of Limitations are as follows:

**26 U,.S.C. 6501(a):**

"Except as otherwise provided in this section, the amount of any tax imposed by this title shall be assessed **within 3 years** after the return was filed (wether or not such return was filed on or after the date prescribed)" [ emphasis added ]

**26 U.S.C. 6502(a):**
**Length of period**

Where the assessment of any tax imposed by this title has been made within the period of limitation properly applicable thereto, such tax may be collected by levy or by a proceeding in court, but only if the levy is made or the proceeding begun –
(1) within **10 years after the assessment** of the tax [ emphasis added ]

You can plainly see that the Revocations were filed erroneously and maliciously to personally injure me.

It is also evidence that the above procedures were in violation of the Agents own Manual of procedures:

**5.12.6.5.2 ( 10-01-2003 )**
**Certificate of Revocation**

1. The certificate of Revocation is issued when a lien has been released in error, There are two versions of the Certificate of Revocation.

    **A. Form 12474 - issued to revoke a release that was requested in error**

    **B. Form 12474A - issued when a NFTL was not refiled timely <u>and the collection statute expiration date has not expired</u>.** [emphasis added ]

Then in conspiracy with others three (3) additional Notice of Federal Tax Liens were filed against me without authorization under law.

| **Form 668(y)©) NFTL** | **Last Day for Refiling** |
|---|---|
| Serial # 244796105 | 05/29/2005..... should NOT BE: N/A |
| Serial # 244998905 | 10/25/2004..... should NOT BE: N/A |
|  | 05/29/2005..... should NOT BE: N/A |
|  | 04/03/2005..... should NOT BE: N/A |
| **Serial # 244999505** | IS FAULTY AT BEST...see below |

| | |
|---|---|
| Line 1 | Last date for filing should be 12/27/2003 ... NOT "N/A" |
| | This item is outside the Statutes of Limitations (SOL) per IRC 6501(a) |
| Line 2 | Last date for Filing should be 10/25/2004 ... NOT "N/A" |
| | This item is outside the Statutes of Limitations (SOL) per IRC 6501(a) |
| Line 3 | Date of Assessment os outside Statutes of Limitations (SOL) per IRC 6501(a) |
| Line 4 | See exhibit A |
| Line 5 | See exhibit A |
| Line 6 | See exhibit A |
| Line 7 | See exhibit A |
| Line 8 | Last date for Filing should be 05/29/2005 ... NOT "N/A" |
| | This item is outside the Statutes of Limitations (SOL) per IRC 6501(a) |
| Line 9 | Last date for filing should be 04/03/2005 ... NOT "N/A" |
| | This item is outside the Statutes of Limitations (SOL) per IRC 6501(a) |
| Line 10 | See exhibit A |
| Line 11 | See exhibit B |
| Line 12 | Date of Assessment is outside (SOL) for assessment per IRC 6501(a) |
| Line 13 | See exhibit B |
| Line 14 | See exhibit B |

Because of Line numbers 1, 2, 3, 8, 9, and 12 violates statues and the requirements of law makes this NFTL void and benign, and I request that it be removed and/or released immediately and that disciplinary actions be taken against the above Agents pursuant to 26 U.S.C. 7412

There is no Delegation Order from the Secretary or Commissioner of the Internal Revenue Service. See In the IRS's own Handbook of Delegation Orders, Order no. 157 (Rev.5). The above Agents had no authority to place the liens on my person and personal property without a Delegation Order.

This is considered terrorists attacks against me and my family, harming me both emotionally and financially. These actions are in full violation of my rights under the Constitution of America and the Bill of Rights, not to mention Statutes and Regulations under United States revenue laws.

I am formally requesting an immediate Intervention and release and that corrections be made that the County Recorders which they were filed, I will give you a chance to correct the wrong doings, but I must have action commenced within 30 days of receipt of this letter. Otherwise I will have no choice but to bring this to a court of competent jurisdiction.

Quimby wrote a letter to Ernest Enax's tenant. See **Exhibit D.** The tenant who is afraid of the IRS has been sending the monthly rent to Quimby. Which is extortion and she did this without a court order. *Schulz v. IRS.* Case No.. 04-0196-cv (2005)

> *"...absent an effort to seek enforcement through a federal court, IRS summonses apply no force to taxpayers, and no consequence whatever can befall a taxpayer who refuses, ignores, or otherwise does not comply with an IRS summons until that summons is backed by a federal court order...[a taxpayer].."*

The court went on to say without declaring those provisions of the Code unconstitutional on their face, the court, in effect, nullified key enforcement provisions of the Internal Revenue Code, stripping the IRS of much of its power to compel compliance with its administrative demands for personal and private property. The court characterized IRS summonses issued under 7602 as mere "requests." The court went on to say that the federal courts are there to protect taxpayers from an "overreaching" IRS and that the IRS must go through the federal courts before force can be applied on anyone by the IRS.

As you can see the Defendant did not have a court order to seize the rent from the tenant. And, this has brought financial harm to Ernest Enax. Michele Quimby has collected over $12,000.00 in rent which is a felony under extortion. Ernest Enax is going to lose more money if this action of collecting the rent from tenant.

The laws and court rulings clearly established in the Constitution, Internal Revenue Code and US Supreme Court rulings, and are in full force and effect now, and at the time of the grossly negligent actions and/or the fraud and extortion scheme by Quimby.

Quimby carried out her extortion scheme and ignored the requirements, authority, and restrictions of the law, the Constitution, Bill of Rights and rulings by the US Supreme Court.

Quimby has damaged Ernest Enax by acting under "**color of law**" and pretense of law and by grossly negligent conduct in callous disregard of her off duties of Office and her Oath of Office. Quimby has no Delegation Order from the Secretary of the Treasury to take any collection actions under subtitle A or C, and in disregard of this fact, took collection actions without such authority. Enax's tenant has been sending the monthly rent directly to Michele Quimby. for over a year now. Quimby is not authorized by title, and is specifically excluded by IRC section 7608, to take collection actions, under subtitle A or C of the IRC, against Ernest Enax, and in disregard of this fact, took collection actions without being authorized by her position and title. Quimby repeatedly has refused to show the laws that grant her authority, by title, to act under subtitle A or C of the Internal Revenue Code, and Quimby has refused to produce the Delegation Order from the Secretary of the U. S. Treasury that is required to take collection action under IRC section 6331, specifically, and more generally, to perform any actions that must be delegated by the Secretary of the Treasury. Quimby also refused to present a copy of her Oath of Office to Ernest Enax
Ernest Enax also called attention to United States Supreme Court rulings that address the issue of the two Statues cited on the notice of federal tax lien filed on Ernest Enax's property title and on the several illegal levies on Ernest Enax's wages. Lien and levy statutes, that were cited by Quimby, are IRC 6321 and IRC 6331.

**On 6331; Purpose - "This section was enacted to subject salaries of federal employees to same collection procedures as are available against all other taxpayers, including employees of a state."** Sims v US W. Va. 1959, 79 S. Ct. 641, 359 US 108, and 3 L. Ed. 2d 667.

There is no other stated purpose of this statute that would cause anything or anybody else to be subject to IRC section 6331. Ernest Enax is not a federal employee nor does Ernest Enax earn a federal wage.

**On 6321; "Purpose of this section is to fit federal tax lien into priority scheme of the Uniform Commercial Code."** Pine Builders. Inc v. US, D.C. Va. 1976, 413 F. Supp. 77.

The purpose of 6321 as being limited to that specific purpose and that Ernest Enax is not subject to the Uniform Commercial Code as a private citizen nor has Ernest Enax knowingly and voluntarily subjected himself to any specific UCC agreement that would bring Ernest Enax under the government's taxing authority. It is clear, under these two court rulings, that neither statue applies to Ernest Enax.

Quimby has refused to swear to. Or affirm, any portion of the Affidavit of Authority that was repeatedly presented to her by certifies mail with notarized signatures of Ernest Enax

Quimby is not entitled to immunity because quimby failed to show "good faith" efforts. Additionally, according to the following Court rulings, Quimby cannot be provided with any immunity.

The IRS agent or officer must prove authority when challenged pursuant to 31 CFR Pt. 1, Appendix B of Subpt, C 2 which states in part —

> "Individuals are advised that IRS procedures permit the examination of tax records during the course of an investigation, audit or collection activity. Accordingly, individuals should contact the IRS employee conducting an audit or effecting the collection of tax liabilities to gain access to such records, rather than seeking access under provisions of the Privacy Act."

The decision reached in the case _Bothke v. Flour Engineers and Constructors, Inc._ 713 F.2d 1405 (9th Cir.1983) states in part:

> "*When and if IRS Personnel are notified in irregularities, protests objections, etc. It is up to the officer or agent to prove authority.*" *If the IRS officer or agent fails to prove authority when challenged, s/he may be held liable, without immunity, if it later proves that there were in fact, procedural flaws and authority was imposed without the force of law.*
> "*The principal of sovereign immunity is not one which allows the sovereign to continue to inflict injury....[ sovereign immunity ] does not give the sovereign the right to totally disregard the effect of it's actions upon the public*", _Shaw v. Salt Lake County,_ 224 P2d 1037, *Sovereign Immunity does not apply where (as here) government is a lawbreaker or jurisdiction is the issue*, _Arthur v. Fry,_ 300 F. Supp. 622 (1960).

In _Butz v. Economou,_ 438 U.S. 478, 98 S. Ct. 2894 (1978), this rule was clearly acknowledged by the Court:

> "*As these cases demonstrate, a federal official was protected for action tortious under state law only if his acts were authorized by controlling federal law,*" 438 U.S. 478, at 490. "*As Doe's analysis makes clear, absolute immunity from state law tort actions should be available only when the conduct of federal official is within the scope of their official duties and the conduct is discretionary in nature*"; _Benford v. American Broadcasting Co., Inc.,_ 554 F. Supp 145, 148 (D.Md. 1982): and _Pleasant v. Lovell,_ 876 F.ed 787 (10th Cir. 1989). See also _Rutherford v. United States,_ 702 F.2d 580 (5th Cir. 1983).

> ***"Sovereign immunity does not shield the individual appellees in their individual, as opposed to their official, capacities. White v. Franklin, 637 F. Supp. 601, 612 (N.D. Miss. 1986); Keese v. United States, 632 F. Supp. 85, 92 (S.D. Tex. 1985)." Williams v. U.S. Dept. Of Agriculture, 815 F.2d 368 at 379, (5th Cir. 1987)***

Ernest Enax does not contest the U.S. Supreme Court rulings or the laws of the United States, Enax relies on these rulings and laws in their arguments and statements of fact. All Court rulings as facts pertinent to this action. U.S. Supreme Court rulings are the highest law of the land and must be accepted by all lower courts.

Quimby violated 18 USC Chapter 41, Sec. 872. - Extortion by officers or employees of the United States. Quimby used her position as an IRS officer to make threats and demands for payment of money that was not owed and was unquestionably not owed under the US Supreme Court rulings stated in Exhibit F. Quimby never refuted or responded to these assertions by Enax. Quimby had the duty to respond and refute.

I am requesting the immediate removal of all liens and levies placed on Ernest Enaxs' property.

Order that the Internal Revenue Service immediately dismiss the Quimby from employment without retirement or other benefits.

Ms Michele Quimby is using the Secretary's authority to issue a warrant of distraint against public officials, to effectively garnish my property without a court order. No law provides for government administrative seizures of private property from private citizens. In any lawful seizure of any kind in America, there can be no change of ownership of property without a court order. For the government to seize property, it must obtain a pre-judgment or post-judgment writ or order bringing the property into the custody of a court of competent jurisdiction. Under our American doctrine of dual sovereignty, the federal government, relative to the State of Washington, is a foreign government, on an equal footing with our sister States, whose judgments are on an equal footing with those rendered in other States.

IRS insists that it is not regulated by Title 28, Chapter 176, Federal Debt Collection Procedure, or by the Fair Debt Collection Practices Act at Title 15. Bunk! All of those laws apply to the federal government in its dealings with the public. If the IRS is under the supervision of the Secretary of the Treasury, and the Secretary cannot instigate a lawsuit, but must refer enforcement to the Justice Department, it should be obvious that none of his employees are empowered to issue documents that have the force of a court order. IRS cannot *garnish* my bank account (of which she did), earnings, or other monies due me, without a *writ* of garnishment, because both Federal and State law say so. State law says that when used relative to foreign judgments, including United States judgments, the term "levy" means the taking of property *into the custody of a court*. Since the 668 notice requires a notice to surrender property of a third party to the IRS, and not to a court, it must be obvious to all that it is an ADMINSTRATIVE document, not a legal order, enforceable by contempt proceedings.

Title 28, Chapter 176, governs civil procedure prescribed by Congress for the government to *enforce* its claims of debts, including debts for taxes. According to its provisions, in *pari materia* with the Federal Rules of Civil Procedure, and in *pari materia* with State Foreign Judgments Acts, in order for the federal government to deprive a Citizen of his property, effectively changing ownership thereof, it may only do so by suing for enforcement of its judgment in State Court. The administrative levy is not a tool that the government can use in order to circumvent due process. It is required to have either a pre-deprivation or post-deprivation hearing, because only a court of law can order change of ownership. The United States has no power greater than any other claimant. It may bring property into the custody of a court, but not into the custody of an administrative agency.

Finally, under no circumstances can the IRS issue a notice of levy prior to sending a notice of intent to levy, along with notice of the remedies provided at Section 6330. This is a matter of due process violations leading to further due process violations. I anticipate that you will fully investigate the matter, because this activity is typical of the IRS.

I demand that I be provided with written verification of any assessments or statements, that an IRS agent has made against me, under penalty of perjury, that I am liable for the tax and that the assessment was lawfully made, in accordance with IRC section 6065. Below you will find the 4 documents the IRS must complete in order for them to legally prepare a proposed assessment.

From the Internal Revenue Manual:

4.4.22.8 - NMF(Non Master File)Returns,

4.4.22.3.1.2 - NMF <u>Assessment Verification Form 5734</u> and <u>part 4 of Form 6335,</u>

4.4.9.11.2.1 - Return Line Item Entries - <u>Form 5344</u> and <u>the return</u> that was used in making the IRS Form 5344.

**"The IRS is to comply strictly to the conditions imposed by statute In the seizure and levy process." [Goodwin v. United States, 935 f 2d 1061, (9th Cir. 1991)].**

**"A 'Levy' requires that property be brought into legal custody through seizure, actual or constructive, and is absolute appropriation in law of property levied on, and MERE NOTICE OF INTENT TO LEVY IS INSUFFICIENT" (Emphasis added). [United States v. O'Dell, 160 F. 2d 304, 307 (6ᵗʰ Circuit 1947)].**

**"A stickler for enforcing the statutory notice it is entitled to receive, the government should be no less punctilious with respect to the statutory notice it is required to give." [Kulway v. United States, 917 F 2d 729, 735 (2nd Cir. 1990)].**

I demand that you produce the actual levy that you are purporting that enables you to enforce and issue your Notice of Levy. The form 668 (b) is the proper form which perfects the levy, according to the U.S. Supreme Court.

**"A 'Levy' for delinquent taxes requires that property be brought into legal custody through seizure, actual or constructive, and is absolute appropriation of property levied on, and a mere NOTICE OF INTENT TO LEVY DOES NOT CONSTITUTE A LEVY"** (Emphasis added). [Freeman v. Meyer. 152 F. Supp. 383, Affd 253 F. 2d 1295 (3rd Circuit 1968)].

**"Levy authority of Internal Revenue Service applies to funds held by another federal agency, and is not diminished by section 565a of Title 25, Klamath Indian judgment distribution provision."** 1984, 63 Op.Comp.Gen. 498.

I also call your attention to United States Supreme Court rulings that address the issue of the two Statutes cited on the notice of federal tax lien filed on my property title. They are IRC 6321 on the front and IRC 6331 on the back of the notice.

**United States v. Calamaro, 354 U.S. 351, ruled;**
*"In construing federal revenue statutes, the Supreme Court gives no weight to Treasury regulation which attempts to add to statute something which is not there."*

Because of the nature and extent of these violations of law and your complicity with such violations, I am demanding that you produce a copy of the federal tax lien on my property that allegedly is the basis for the illegal notice of federal tax lien. You can do this by demanding that the agent (or his/her replacement), who issued the notice, provide you with a copy of the actual tax lien that is allegedly in possession of the IRS or any government agency. As you are probably aware, a notice is a notice of an actual lien and the actual lien must actually exist. The actual lien, if it exists, would be on 668 (b). As soon as you have obtained the copy of the lien, please forward it and the affidavit of authority to me by certified mail. If you fail to provide me with a copy of the lien, it will create the conclusion, prima facie, that an actual lien does not exist and that the notice is based on a non-existent lien.

IRC Section 7401 requires that the Secretary of the Treasury and the Attorney General authorize the commencement of any collection actions before you proceed. It is necessary for you to provide me with the authorization of both, and I, hereby, make such demand for copies of their authorizations.

As you are probably aware, the Internal Revenue Service is a private corporation, acting as a collection agency for the US Treasury Department. The IRS was never established by an act of Congress and thus gets all of its authority from the Treasury Department and has no authority given to it directly by Congress or the US

Constitution. Thus, any authority that is given to the IRS is conferred by means of Delegation Orders from the Secretary. You must state the Delegation Order number from the Secretary of the Treasury that gives you authority to enforce IRC section 6331 in the Affidavit of Authority. (A Delegation Order from the Director of the Internal Revenue Service for certain agents to "sign" documents is not acceptable.) I also demand that you provide to me, a copy of Quimby's Pocket Commission. Quimby's Pocket Commission Authority also will reveal whether or not you he/she had "enforcement" or "non-enforcement" authority.

I am enclosing an affidavit of authority for Quimby to fill out that will be her/his sworn statement as to certain facts and authority. If Quimby refuses to fill out the affidavit, I will conclude that you are concealing evidence so as not to incriminate herself. Her refusal could only be construed as "lack of good faith" in a court of law. I can only assume, at this point, that she is acting alone and without the approval of the IRS unless the agency will state that it authorizes her to take these collection actions against me. I will evaluate any evidence that you submit to me that the IRS would be guilty of fraud if they do not have authority from the Secretary.

You should be aware that the courts have repeatedly ruled that silence is evidence of fraud. *"Silence can be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

37 Am Jur 2d at section 8 states in part, **"Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments."**

If you fail to respond to this correspondence and resort to evasive tactics, there will be ample reason to conclude that there is fraud and extortion involved in her actions and that she has used the U.S. Postal Service to commit these acts. Therefore, I demand that this matter be settled at once.

The requested Affidavit of Authority may be used as evidence in judicial proceedings and should therefore conform to the Federal Rules of Evidence. Please certify it as true and correct under seal and penalty