# EXHIBIT A

**EXHIBIT A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VAL PATRIOT,
   Plaintiff
vs.                                          CASE NO. 8:05-CV-2019

UNITED STATES OF AMERICA AND
INTERNAL REVENUE SERVICE,

   Defendants.
_____/

### ORDER

PLAINTIFF'S REQUEST for a preliminary injunction pursuant to § 6331(i)(4)(B) was called up for hearing on the 21st day of November, 2005. Plaintiff's request for injunctive relief was contained in Plaintiff's Verified Complaint for Damages for Illegal Tax Collections and Injunctive Relief. (Dkt.1). [1] Defendants responded in opposition to plaintiff's request for preliminary injunction. (Dkt 4). [2] During the hearing, Defendants announced that levy proceedings against Plaintiff have been temporarily suspended while Defendants ascertain whether Plaintiff is entitled to a second collection due process hearing as to the levy. Defendants acknowledge that plaintiff has requested a collection due process hearing as to a Notice of Federal Tax Lien, which remains pending. Upon consideration, it is

ORDERED AND ADJUDGED that pending further order of the Court, all collection activity on the IRS lien(s) and levy are stayed. In the event Defendants determine that levy and/or lien foreclosure is authorized, it shall apply to the Court by motion with supporting memorandum for authority to commence same and give notice to Plaintiff.

DONE AND ORDERED in chambers this 21st day of November, 2005

                                            S/_____

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Plaintiff
United States Attorney's office

[1] In this action Plaintiff seeks to enjoin an Internal Revenue Service levy on his wages based on an assessment for Plaintiff's tax liability for tax year 1999. Plaintiff contends that after receiving a Notice of Federal Tax Lien and Notice of Right to Hearing, he requested a Collection Due Process Hearing on July 4, 2005 and that pursuant to 26 U.S.C. § 6330(c), the levy action should have been suspended for the periods during which such hearing and appeals therein are pending.

[2] Plaintiff has furnished by certified mail copies of the Complaint on the United State Attorney's Office and the United States Attorney General. Plaintiff has not, however, caused Summons to be issued. During the hearing, Plaintiff was directed to effect service of process in accordance with Rule 4, Fed.R.Civ.P.