# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ERNEST ENAX,
      Plaintiff,

vs.                          CASE NO. 8:05-CIV-2124-T-17-TGW

UNITED STATES OF AMERICA, et al.,
      Defendants.
_____/

## ORDER

      This cause is before the Court on the plaintiff's motion for a new trial (Docket No. 16) and response thereto (Docket No. 17.  Initially, the Court notes that there has never been a trial in this case. The Court granted the defendant's motion to dismiss for lack of subject matter jurisdiction and dismissed the case with prejudice.  Therefore, the Court interprets this to actually be a motion for reconsideration of the granting of the motion to dismiss.  The Court finds the response to the motion well-taken.  Accordingly, it is

      **ORDERED** that the motion for a new trial (Docket No. 16) be **denied**.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of August, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record