**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Alycia Marshall
Court Operations Supervisor
Vickie Downing
Court Services Supervisor

December 22, 2006

**ERNEST ENAX,**

        **Plaintiff,**

-vs-                                     Case No.  8:05-cv-2124-T-17TGW

**UNITED STATES OF AMERICA and INTERNAL**
**REVENUE SERVICE,**

        **Defendants.**
_____/

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

    **U.S.C.A. Case Number:**    06-14774-EE

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

    Complete Record on Appeal:

        •    2    Volumes of Pleadings

                                      SHERYL L. LOESCH, CLERK

                                      By:    D. Greco, Deputy Clerk